
EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINNDALE JERNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No:   4:20-cv-01075-JCH |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SCHNUCK MARKETS, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF MARVIN JOHNSON

I, Marvin Johnson, of full age, by way of affidavit, state as follows:

1. I am of sound mind, capable of making this affidavit, and have knowledge of the facts herein stated.

2. I am currently employed by Schnuck Markets, Inc. ("SMI") as a Customer Service Manager at SMI's City Plaza location, and have been employed by SMI since 1987.

3. In July of 2016, I was working as a Customer Service Manager at SMI's Cool Valley location. In this role, I sometimes performed "manager on duty" shifts, meaning that I performed all managerial store functions including employee corrective action were necessary.

4. On July 1, 2016, I observed a checker named Quinndale Jernigan drinking water at his cash register.

5. SMI has a policy prohibiting employees from storing or consuming any food or beverage at cash registers or in food preparation areas. Employees may store their

1

beverages in break room areas or lockers, and are permitted to access those beverages as needed throughout their shifts.

6. On July 1, 2016 I reminded Mr. Jernigan of this policy and asked him to take his beverage away from his check lane and place it in his locker.

7. Mr. Jernigan refused to comply with my instruction, and argued with me. Mr. Jernigan presented a medical note indicating his need to remain hydrated. I informed Mr. Jernigan that the note did not indicate the need for a beverage at the check lane, and repeated the instruction to remove the beverage from his check lane.

8. I advised Mr. Jernigan that if he failed to remove his beverage from his check lane, his refusal would be considered insubordination and his employment would be terminated.

9. Mr. Jernigan again refused to remove the beverage from his check lane.

10. Mr. Jernigan left the store, and his employment was subsequently terminated due to his insubordination.

11. My race is African American.

FURTHER AFFIANT SAYETH NOT.

_____
Marvin Johnson
Customer Service Manager, City Plaza
Schnuck Markets, Inc.

IN WITNESS WHEREOF, subscribed and sworn before me on this 10TH day of June 2021.

_____
Notary Public

ERMA DENISE DYSON
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 14450324
My Commission Expires 06-13-2022

My commission expires:

6-13-2022

3