EXHIBIT I

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUINNDALE JERNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No:   4:20-cv-01075-JCH |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| SCHNUCK MARKETS, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF CHRISTINE BONALDI

I, Christine Bonaldi, of full age, by way of affidavit, state as follows:

1. I am of sound mind, capable of making this affidavit, and have knowledge of the facts herein stated.

2. I am currently employed by Schnuck Markets, Inc. ("SMI") as a Center Store Manager at the Bridgeton, Missouri store location, and have been employed by SMI since 1997.

3. In July of 2016, I worked at SMI's Cool Valley store location as a Center Store Lead.

4. In my role as a Center Store Lead, I did not have the authority to terminate the employment of other store employees.

5. On July 1, 2016, Marvin Johnson, a Customer Service Manager and Manager on Duty, asked me to serve as a witness for a conversation Mr. Johnson intended to have with a checker named Quinndale Jernigan.

6. I witnessed Mr. Johnson inform Mr. Jernigan that company policy prohibits employees from keeping any kind of beverage at the cash register, and Mr. Johnson then instructed Mr. Jernigan to remove his beverage from his register.

7. I witnessed Mr. Jernigan refuse to remove the beverage, and to argue with Mr. Johnson rather than follow instructions.

8. I witnessed Mr. Johnson advise Mr. Jernigan that if Mr. Jernigan failed to follow the instruction to remove the beverage from the register in accordance with company, Mr. Jernigan would be relieved of duty.

9. I witnessed Mr. Jernigan angrily clock out and go home.

10. On July 12, 2016 I wrote a statement describing what I witnessed on June 1, 2016. My statement is attached to this Affidavit.

11. I had no involvement or influence in the decision to terminate Mr. Jernigan's employment.

FURTHER AFFIANT SAYETH NOT.

*[signature]*

Christine Bonaldi
Center Store Manager, Bridgeton
Schnuck Markets, Inc.

IN WITNESS WHEREOF, subscribed and sworn before me on this 10th day of June 2021.

>     ERMA DENISE DYSON
>     Notary Public, Notary Seal
>     State of Missouri
>     St. Louis County
>     Commission # 14450324
>     My Commission Expires 06-13-2022

Notary Public  *Erma Denise Dyson*

My commission expires:

6-13-2022